■ In the Matter of BERNARD FULLER, Petitioner, v CHARLES SOLOMON et al., Respondents. [838 NYS2d 457]—Application for an

order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur—Friedman, J.P., Nardelli, Buckley, Sweeny and Malone, JJ.